UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROOR INTERNATIONAL BV, SREAM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ABDUCTION SMOKE & VAPE SHOP INC d/b/a PREHISTORIC VAPE & SMOKE SHOP, MICHAEL SCHUMAKER, VERONICA SHUMAKER, <br><br> Defendants. | No. 1:18-cv-03927-JPH-DML |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Magistrate Judge McVicker Lynch has entered a Report and Recommendation recommending that the Court dismiss this case because Plaintiff has failed to serve defendants within 90 days of filing the complaint. Dkt. 21. The parties have had the opportunity to object but have not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation. Dkt. [21]. The complaint is **DISMISSED without prejudice**. Final judgment will issue by separate entry.

**SO ORDERED**.

Date: 10/3/2019

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Jonathan G. Chance
JC LAW OFFICES
jc@jc-law.com